## Fred E. Green, Plaintiff-Appellee, v. Hawkeye Casualty Company, Defendant-Appellant.

### Gen. No. 9,753.

Gillespie, Burke & Gillespie, for appellant; Hugh J. Dobbs, Louis F. Gillespie, and Frederick H. Stone, of counsel; Joseph A. Londrigan, and Robert Weiner, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed May 31, 1951; rehearing denied July 10, 1951; released for publication July 10, 1951.